# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALLEN STEEVES, on behalf of Brother's Keeper Ministries, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendants. | CASE NO. 20cv204-LAB (BGS) <br><br> **ORDER GRANTING MOTION TO DISMISS [Dkt. 10]** |

On April 7, 2020, the Internal Revenue Service filed an *ex parte* Motion to Dismiss, noting that the agency had withdrawn the summons Plaintiff Dean Allen Steeves challenges in this action. *See* Dkt. 10; *see also Pacific Fisheries Inc. v. United States*, 484 F.3d 1103, 1105-06 (9th Cir. 2007) (holding that a petition to quash is moot when a summons has been withdrawn). The Court ordered Plaintiff to file any opposition to the IRS's motion by April 10, 2020. No opposition was filed. Defendant's motion is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE AS MOOT**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: April 13, 2020

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge